AO 245C (Rev. 12/03) Amended Judgment in a Criminal Case (NOTE: Identify Changes with Asterisks (*))
Sheet 1
Case 3:99-cr-00183-SEC   Document 182   Filed 03/14/2005   Page 1 of 2

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| ANTONIO FLORES-VILLODAS | Case Number: 3:99CR183-01 (SEC) |
| | USM Number: 17947-069 |

**Date of Original Judgment:** January 19, 2001
(Or Date of Last Amended Judgment)

LUIS GUZMAN-DUPONT, ESQ.
Defendant's Attorney

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
☒ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)
☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**

☒ pleaded guilty to count(s) ONE AND THREE ON SEPTEMBER 8, 2000.
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21:846 | Conspiracy to possess with intent to distribute at least 5 but less than 15 kilograms of cocaine. | June 1999 | ONE |
| 18:924(c)(1) | Use of a firearm during and in relation to a drug trafficking | June 4, 1999 | THREE |

The defendant is sentenced as provided in pages 2 _____ 5* _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☒ Count(s) _____ TWO _____ ☒ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

SEPTEMBER 23, 2004
Date of Imposition of Judgment

*s/ SALVADOR E. CASELLAS*
Signature of Judge

SALVADOR E. CASELLAS, U. S. DISTRICT JUDGE
Name and Title of Judge

SEPTEMBER 23, 2004
Date

1 s/c & 2 cc to USM, 1 cc to MDC, 1 cc to Defendant thru USM.

Original filed through the CM/ECF

AO 245C (Rev. 12/03) Amended Judgment in a Criminal Case
Sheet 2 — Imprisonment
(NOTE: Identify Changes with Asterisks (*))

Case 3:99-cr-00183-SEC   Document 182   Filed 03/14/2005   Page 2 of 2

Judgment — Page 2 of 5*

DEFENDANT: ANTONIO FLORES-VILLODAS
CASE NUMBER: 3:99CR183-01 (SEC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term
**24 MONTHS AS TO COUNT ONE AND 60 MONTHS AS TO COUNT THREE, SAID TERMS TO BE SERVED CONSECUTIVELY TO EACH OTHER, FOR A TOTAL OF *84 MONTHS* PURSUANT TO 18:3553(e).***

X  The court makes the following recommendations to the Bureau of Prisons:
   1. That defendant be given the opportunity to participate in a vocational training, specifically in the field of electricity.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____  ☐ a.m.  ☐ p.m.  on _____ .

   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 02-22-05 to FCC YAZ-LOW
a YAZOO CITY, MS with a certified copy of this judgment.

_Constance Reese, Warden_
~~UNITED STATES MARSHAL~~

By _D Randle, LIE_
~~DEPUTY UNITED STATES MARSHAL~~