UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

         v.                Criminal No. 99-183(SEC)

ANTONIO FLORES VILLODAS
    Defendant

## O R D E R

| MOTION | RULING |
|---|---|
| **Docket # 183**<br>**Sealed Motion** | **TERMINATED.** Defendant's sealed motion is withdrawn, as requested in Docket # 186. |
| **Docket #184**<br>**Motion to Seal** | **GRANTED.** |
| **Docket # 185**<br>**Sealed Motion** | **MOOT.** |
| **Docket # 186**<br>**Sealed Informative Motion** | **NOTED AND GRANTED.** |

DATE: May 20, 2005

S/ *Salvador E. Casellas*
SALVADOR E. CASELLAS
United States District Judge