IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>Plaintiff | |
| vs. | Cr. No.3:99CR-00183-01(SEC) |
| ANTONIO FLORES VILLODA<br>Defendant | |

## MOTION TO SEAL

TO THE HONORABLE COURT:

**COMES NOW, VICTOR CANINO, U.S. PROBATION OFFICER** of this Honorable Court, respectfully requesting that the contents of this envelope be sealed until further notice.

In Hato Rey, P.R. this 28th day of June, 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Victor M.Canino
Victor M. Canino

U.S. Probation Officer
Federal Office Building
150 Ave Carlos Chardón Rm 400
San Juan PR  00918-1741
Tel. 787-766-5842
Fax. 787-766-5945
victor_canino@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 28, 2006, the foregoing motion was filed with the Clerk of the Court who using the CM/ECF system will send notification of such filing to the following: Antonio Bazan, Assistant U.S. Attorney and Luis A. Guzman Dupont.

At San Juan, Puerto Rico, Puerto Rico, this 28th day of June 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Victor M.Canino
Victor M. Canino
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Tel. 787-766-5842
Fax. 787-766-5945
victor_canino@prp.uscourts.gov