AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE        DISTRICT OF        PUERTO RICO

UNITED STATES OF AMERICA,                              **APPEARANCE**

v.                              CASE NUMBER: 99-183(SEC)

ANTONIO FLORES-VILLODAS

To the Clerk of this court and all parties of record:

Enter my appearance as **counsel** in this case for the United States of America.


June 29, 2006                                  s/Antonio R. Bazán
*Date*                                         *Signature*

                                               *Antonio R. Bazán, 125413*
                                               *Print Name*

                                               *Torre Chardón, Suite 1201, 350 Chardón St.*
                                               *Address*

                                               *Hato Rey, Puerto Rico 00918*
                                               *City*

                                               *(787) 766-5656*
                                               Phone Number

CERTIFICATE OF SERVICE

      I hereby certify that on June 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defense counsel(s) of record.

      At San Juan, Puerto Rico, this 29th day of June, 2006.

      s/Antonio R Bazán
      Antonio R. Bazán 125413
      Assistant U.S. Attorney
      U.S. Attorney's Office
      Suite 1201, 350 Torre Chardón
      Carlos Chardón Street
      Hato Rey, Puerto Rico 00918
      Tel. (787) 766-5656
      Fax No. (787) 771-4050
      antonio.bazan@usdoj.gov