UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>ANTONIO FLORES VILLODAS<br>also known as "Fredo"<br>Defendant | Criminal No. 99-183(SEC) |

## MOTION TO SEAL

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through its undersigned attorneys respectfully states and prays as follows:

1. That attached to this motion is a sealed envelope containing a pleading.

2. That after due consideration by this Honorable Court, the United States respectfully requests that the pleading be kept sealed until further order of this Court.

Wherefore, the United States respectfully requests the above motion be granted as requested.

Respectfully submitted.
San Juan, Puerto Rico, this 29th. day of May, 2006.

ROSA EMILIA RODRIGUE VELEZ
UNITED STATES ATTORNEY

Antonio R. Bazán, 117007
Assistant United States Attorney
Chardón Tower, Suite 1201
#350 Chardón Avenue,
Hato Rey, Puerto Rico, 00918.
(787) 766-5656.