# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS

COURTROOM DEPUTY: SULMA LOPEZ-DEFILLO          DATE: August 25, 2006

COURT REPORTER: FTR/SLD                        **CRIM. NO. 99-0183 (1) (SEC)**

==================================================================
                                               Attorneys:

UNITED STATES OF AMERICA                       AUSA, VERNON MILES

vs.

ANTONIO FLORES-VILLODAS                        PRO SE

==================================================================

The defendant is present in court. He is in his own recognition.

**CASE CALLED FOR SOME DISPOSITION HEARING**.

   Probationer, Antonio Flores-Villodas, AUSA, Vernon Miles and USPO, Jeffrey Semidey heard as to the issue under seal. Thereafter, the Court orders that his **Supervised Release Condition is hereby TERMINATED,** taking under consideration all the criteria contain in Section 3553 of Title 18.

   Mr. Flores-Villodas obligated himself in Open Court to comply with any subpoena both government if required to be a witness, as long as the proper transportation and lodging expenses are taking care of. If he did not comply with what he has stated in Open Court, the Court reserves contempt power to make him comply with that he as stated in Open Court. Otherwise, he is completely free to come and go.

   Mr. Flores-Villodas requested some help to relocate. The Court encourages the US Attorney and USPO Officer to assist him in a very reasonable way to get him on his way to the United States.

                                         S/ *Sulma López-Defilló*
                                         Courtroom Deputy Clerk